Alfonzo McNeil, Plaintiff-Appellant,
against
Chase Bank, Defendant-Respondent.




Plaintiff, as limited by his brief, appeals from that portion of a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Lisa S. Headley, J.), entered on or about October 24, 2019, after trial, as limited his recovery of damages to the principal sum of $300.




Per Curiam.
Judgment (Lisa S. Headley, J.), entered on or about October 24, 2019, affirmed, without costs.
The amount of the damage award issued in plaintiff's favor upon the trial of this small claims action achieved "substantial justice" (CCA 1804, 1807), and was neither inadequate nor unreasonable. The court properly limited plaintiff's recovery to the amount that defendant withdrew in error from plaintiff's bank account. Plaintiff failed to establish that he is entitled to any additional damages.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 17, 2020